OF THE

## STATE OF ILLINOIS,

DELIVERED

### JUNE TERM, 1836, AT VANDALIA.

*Note.* At this term Justice SMITH was not present.

---

EMANUEL J. LEIGH, appellant *v.* SARAH MASON, administratrix, and PARIS MASON, administrator of JAMES MASON, deceased, appellees.

*Appeal from Macoupin.*

A justice of the peace has no jurisdiction of a suit for a demand exceeding twenty dollars, in which an administrator is a party, except for debts due for property purchased at an administrator's sale.
If a court has no jurisdiction of the subject matter of a suit, consent of parties can never give it.

THIS cause was heard in the Circuit Court, at the April term, 1835, before the Hon. Stephen T. Logan, and a judgment for $53,20 rendered in favor of the appellees. The suit was brought on a note of hand executed by the appellant to the appellees. The note did not specify for what it was given.

A. P. FIELD, for the appellant.

H. EDDY and S. T. SAWYER, for the appellees.

BROWN, Justice, delivered the opinion of the Court:
This was an action of *debt* commenced in Macoupin county, before a justice of the peace, to recover a judgment in favor of administrators against the defendant in the Court below, for a sum exceeding twenty dollars. On the trial before the justice of

the peace, judgment was given in favor of the administrators, and on the appeal in the said cause to the Circuit Court, the judgment of said justice was affirmed. To reverse which, Leigh has brought the cause by appeal to this Court. It is clear from the statute of 1833,(1) that this is not one of those cases in which justices of the peace can exercise jurisdiction. If a court has no jurisdiction of the subject matter, consent of parties never can give it.

Judgment is reversed with costs.

*Judgment reversed.*